UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

WEST BEND MUTUAL INSURANCE
COMPANY,

      Plaintiff,

      v.

RODDY, LEAHY, GUILL & ZIEMA, LTD.
and PAUL W. SCHUMACHER,

      Defendants.

CASE NO.: _____

---

**COMPLAINT**

---

NOW COMES the Plaintiff, West Bend Mutual Insurance Company, and, for its Complaint at Law, alleges as follows:

1.      West Bend Mutual Insurance Company, is a citizen of the State of Wisconsin and a Wisconsin corporation which maintains its principal place of business in West Bend, Wisconsin, and is engaged generally in the sale and provision of liability and casualty insurance.

2.      Paul W. Schumacher is a citizen of the state of Illinois and is an adult resident of the Illinois. Schumacher is engaged in the practice of law as an employee and/or partner in the law firm of Roddy, Leahy, Guill & Zima, Ltd.

3.      Roddy, Leahy, Guill & Zima, Ltd., is a citizen of the state of Illinois and is a law firm engaged in the general practice of law with its principal place of business located at 300 W. Madison Street, Suite 1500, Chicago, Illinois.

4.      The amount in controversy in this action exceeds $75,000. Jurisdiction of this action is premised upon 42 USC §1332. The venue of this action is proper pursuant to 28 USC §1391 in the northern district of Illinois because the acts giving rise to the claim took place in the northern district of Illinois.

5.      In December of 2005, West Bend Mutual retained Roddy, Leahy to provide legal services with regard to a worker's compensation claim presented by James Marzano against West Bend Mutual and its insured, Nelson Insulation.

6.      Roddy, Leahy agreed to provide legal services to West Bend Mutual in connection with the Marzano claim and by so doing agreed to exercise that degree of care, skill, judgment and prudence with is commonly exercised by attorneys licensed to practice law in Illinois under the same or similar circumstances.

7.      Schumacher undertook the principal responsibility for the handling of the Marzano claim on behalf of Roddy, Leahy.

8.      Schumacher had a duty to West Bend Mutual to exercise that degree of care, skill, judgment and prudence which is commonly exercised by attorneys licensed to practice law in Illinois under the same or similar circumstances in connection with his handling of the Marzano claim.

9.      Roddy, Leahy and Schumacher, and each of them, breached the duty owed West Bend Mutual in one or more of the following manners:

    a.      failing to adequately analyze the issues in the case;
    b.      failing to properly evaluate, understand and utilize expert opinion testimony and other evidence available to defend the claim;
    c.      failing to timely, fully and properly investigate and evaluate the facts and legal issues relating to that claim;
    d.      failing to timely assert various factual and legal defenses to the claim;

2

e.  failing to provide appropriate and timely legal advice to West Bend Mutual and its insured; and

f.  in other respects.

10.  As a result of the breach of their duty of care, West Bend Mutual and its insured lost valuable factual and legal defenses to the Marzano claim, which liability defenses would have eliminated any liability to Marzano.

11.  As a result of the defendants' breach, West Bend Mutual has been or, upon information and belief, has been required to pay substantial amounts of money for past medical expenses, past temporary total disability payments, future permanent disability payments, and attorney's fees, as well as having incurred other expenses, all to its damage in a sum substantially in excess of $75,000 and in an amount to be determined by the trier of fact.

WHEREFORE, plaintiff, West Bend Mutual Insurance Company, demands judgment against defendants, Roddy, Leahy, Guill & Zima, Ltd. and Paul W. Schumacher, and against each of them, for compensatory damages in an amount to be determined by the trier of fact, together with its taxable costs and disbursements herein, and such other and further relief as the court may deem just and equitable.

Dated at Chicago, Illinois, this 12th day of July, 2013.

WEST BEND MUTUAL INSURANCE COMPANY


/s/  DANIEL P. DUFFY

BY:_____
One of its attorneys

Daniel P. Duffy
ARDC No. 6228686
Peterson Johnson & Murray Chicago, LLC
233 S. Wacker, Floor 84
Chicago, IL 60606
(312) 782-7150
dduffy@pjmlaw.com

Terry E. Johnson
WI State Bar No. 1016704
788 N. Jefferson Street, Ste. 500
Milwaukee, WI  53202
(414) 278-8800
tjohnson@pjmlaw.com