# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

West Bend Mutual Insurance Company,

Plaintiff(s),

v.

Roddy, Leahy, Guill & Zima, Ltd. and Paul W. Schumacher,

Defendant(s).

Case No. 13 c 4986
Judge Ronald A. Guzman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant(s)
Roddy, Leahy, Guill & Zima, Ltd. and Paul W. Schumacher
and against plaintiff(s)
West Bench Mutual Insurance Company
.

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge      on a motion

Date: 7/8/2014                              Thomas G. Bruton, Clerk of Court

Carole Gainer, Deputy Clerk