**FILE COPY**



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**THOMAS G. BRUTON**
CLERK

312-435-5670

August 25, 2014

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

    RE: West Bend Mutual Insurance Company v. Roddy, Leahy, Guill & Zima, Ltd., et al.,

    U.S.D.C. DOCKET NO. : *13 CV 4986*

    U.S.C.A. DOCKET NO. : 14-2731

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

    VOLUME(S) OF *ELECTRONIC* PLEADING(S)    2

    VOLUME(S) OF *ELECTRONIC* TRANSCRIPT(S)

    VOLUME(S) OF DEPOSITION(S)

    EXHIBITS:

    VAULT ITEMS:

    OTHER (SPECIFY):

    SPECIAL NOTE:

U.S.C.A. – 7th Circuit
R E C E I V E D
AUG 25 2014  AB
GINO J. AGNELLO
CLERK

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

        Very truly yours,

        Thomas G. Bruton, Clerk

        By: /s/ Sheila Moore, Deputy Clerk